# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: FLORES, VANESSA Y | § Case No. 14-05148-BWB |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 07/24/2015 in Courtroom        , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/17/2015          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: FLORES, VANESSA Y | § | Case No. 14-05148-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,000.00 |
| and approved disbursements of | $ 5,188.48 |
| leaving a balance on hand of [1] | $ 9,811.52 |
| **Balance on hand:** | $ 9,811.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,811.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 4,865.00 | 4,865.00 | 0.00 |
| Attorney for Trustee, Expenses - Law Offices of William J. Factor | 73.12 | 73.12 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,250.00 |
| Remaining balance: | $ 7,561.52 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,561.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,561.52

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,019.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Payday Loan Yes) | 650.00 | 0.00 | 350.59 |
| 2 | World Finance Corporation | 300.00 | 0.00 | 161.81 |
| 3 | Creditors Discourtor Audit | 13,069.35 | 0.00 | 7,049.12 |

Total to be paid for timely general unsecured claims: $ 7,561.52
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $          0.00
Remaining balance:  $          0.00

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-05148-BWB
Vanessa Y Flores                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley          Page 1 of 2          Date Rcvd: Jun 18, 2015
                              Form ID: pdf006       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
```
db              +Vanessa Y Flores,    710 N Main St,    Apt 1,    Sandwich, IL 60548-1234
aty             +William J Factor,    Law Office of William J Factor, Ltd.,    105 W. Madison, Suite 1500,
                  Chicago, IL 60602-4602
21537880        +Ameren Illinois,    % Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
21537881         Arturo D Tomas, MD LTD,    % Creditors Discount & Audit Co,    PO Box 213,
                  Streator, IL 61364-0213
21909422        +Associated Receivable,    2915 Professional Parkway,    Augusta, GA 30907-6521
21899441        +Atlas Acquisitions LLC   (Payday Loan Yes),    294 Union St.,    Hackensack, NJ 07601-4303
21537883        +Centrue Bank,    % TEK Collect,    PO Box 1269,    Columbus, OH 43216-1269
21537885        +Collection Professionals,    % Robert B Steele, Atty,    PO Box 517,    La Salle, IL 61301-0517
21537886        +ComEd,    % Contract Callers Inc,    PO Box 212609,    Augusta, GA 30917-2609
21909423        +Credit Recovery,    716 Columbus St,    Ottawa, IL 61350-5002
22205615        +Creditors Discourtor Audit,    POB 213,    Streator, IL 61364-0213
21537887        +David Hatcher,    606 E. McKinley rd.,    Apt. 1,    Ottawa, IL 61350-4816
21537888         Dr Joseph B Mallory, MD,    % Credit Recovery,    PO Box 916,    Ottawa, IL 61350-0916
21537889        +Farmers Auto Insurance,    c/o Recovery Partners LLC,    4151 N. Marshall Way,
                  Scottsdale, AZ 85251-3839
21537890        +Heights Finance,    7707 N Knoxville Ave,    Peoria, IL 61614-2014
21909424        +Heights Finance Corp,    1213 E McGalliard,    Muncie, IN 47303-2273
21537891        +Illinois Tollway Authority,    % Arnold Scott Harris,    111 W Jackson; Ste 400,
                  Chicago, IL 60604-4135
21537892        +Mediacom,    % Credit Protection Assoc,    13355 Noel Rd; Ste 2100,    Dallas, TX 75240-6837
21537893         Midwest Emergency NO IL Ott,    % Creditors Discount & Audit,    PO Box 213,
                  Streator, IL 61364-0213
21537894         OSF St Elizabeth Medical center,    % Creditors Discount & Audit Co,    PO Box 213,
                  Streator, IL 61364-0213
21537895         Ottawa Regional Hospital,    % Credit Recovery,    PO Box 916,    Ottawa, IL 61350-0916
21537896         Richard J Gelbuda, OD,    % Collection Professionals,    PO Box 416,    La Salle, IL 61301-0416
21909427        +Tek-Collect Inc,    PO Box 1269,    Columbus, OH 43216-1269
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21537882        +E-mail/Text: bknotice@erccollections.com Jun 19 2015 00:56:03      AT&T,
                  % Enhanced Recovery Company,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21742074        +E-mail/Text: bnc@atlasacq.com Jun 19 2015 00:55:11      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
21909425        +E-mail/Text: bankrup@aglresources.com Jun 19 2015 00:54:55      Nicor Gas,
                  Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
21537897        +E-mail/Text: bankruptcy.noticing@security-finance.com Jun 19 2015 00:55:12       Security Finance,
                  PO Box 3146,    Spartanburg, SC 29304-3146
21909426        +E-mail/Text: bankruptcy.noticing@security-finance.com Jun 19 2015 00:55:12
                  Security Financial,    PO Box 3146,    Spartanburg, SC 29304-3146
21537898        +E-mail/PDF: bk@worldacceptance.com Jun 19 2015 00:51:36      World Finance,    PO Box 6429,
                  Greenville, SC 29606-6429
21922253        +E-mail/PDF: bk@worldacceptance.com Jun 19 2015 00:51:58      World Finance Corporation,
                  2744 Columbus Street,,    Suite 400,    Ottawa, IL 61350-5609
                                                                                              TOTAL: 7
```
```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Law Office of William J. Factor, Ltd.
21537884         Christine M Engelman
                                                                                   TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Jun 18, 2015
                              Form ID: pdf006          Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2015 at the address(es) listed below:
          Ariane   Holtschlag     on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          David Paul Holtkamp    on behalf of Trustee Thomas B Sullivan dholtkamp@wfactorlaw.com,
           bharlow@wfactorlaw.com;dholtkamp@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
          Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
          William D Cherny    on behalf of Debtor Vanessa Y Flores bill@chernylaw.com
                                                                                            TOTAL: 6
```